UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CV414-186 <br><br> Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for, Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc. a/k/a Medient Studios India PVT Ltd certify that the following is a full and complete list of the parties in this action:

| NAME | IDENTIFICATION AND RELATIONSHIP |
|---|---|
| June O'Hearn | Plaintiff |
| Charles Koppelman | Defendant |
| Joseph Giamichael | Defendant |
| David Paterson | Defendant |
| Joel Shapiro a/k/a Jake Shapiro | Defendant |
| Manu Kumaran | Defendant |

1007658-1

Medient Studios, Inc.                                Defendant

The undersigned further certifies that the following is a full and complete list of officers and directors of Medient Studios, Inc.:

| NAME | IDENTIFICATION AND RELATIONSHIP AND INTERESTS |
|---|---|
| Joel "Jake" Shapiro | Chief Executive Officer |
| Charles Koppelman | Director |
| David A. Paterson | Director |
| Joseph Giamichael | Director |
| Zachary Walker | Secretary |

The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of Medient's stock): None.

This 26th day of August, 2014.

                    HUNTER, MACLEAN, EXLEY & DUNN, P.C.

                    /s/ John M. Tatum
                    John M. Tatum
                    Georgia Bar Number 699000
                    Rachel Young Fields

200 E. Saint Julian Street     Georgia Bar Number 747407
Post Office Box 9848           Carson B. Penney
Savannah, GA 31412-0048    Georgia Bar Number 231877
Telephone: (912) 236-0261
Facsimile: (912) 236-4936     Attorneys for Defendants Koppelman,
Email: jtatum@huntermaclean.com   Giamichael, Paterson, Shapiro and Medient
Email: rfields@huntermaclean.com   Studios, Inc.
Email: cpenney@huntermaclean.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | Civil Action No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CORPORATE DISCLOSURE STATEMENT** upon all parties to this matter by hand delivering a true copy of same to the following:

Ashleigh Madison
Southeast Law, LLC
42 Barnard Street
Savannah, Georgia 31401

Joseph Y. Rahimi, II
Robert C. Hughes, III
Brannen Searcy & Smith
22 E. 34th Street
Savannah, Georgia 31401

This 26th day of August, 2014.

                                    HUNTER, MACLEAN, EXLEY & DUNN, P.C.

                                    /s/ John M. Tatum
                                    John M. Tatum
                                    Georgia Bar Number 699000
                                    Rachel Young Fields
200 E. Saint Julian Street          Georgia Bar Number 747407
Post Office Box 9848               Carson B. Penney
Savannah, GA 31412-0048         Georgia Bar Number 231877
Telephone: (912) 236-0261
Facsimile: (912) 236-4936         Attorneys for Defendants Koppelman,
Email: jtatum@huntermaclean.com  Giamichael, Paterson, Shapiro and Medient
Email: rfields@huntermaclean.com   Studios, Inc.
Email: cpenney@huntermaclean.com