IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CV414-186** <br><br> Civil Action No. _____ |

## CERTIFICATE OF COUNSEL REFILED OR RELATED CASES

Pursuant to the Local Rules of this Court, I hereby certify that this case may involve some of the same issues appearing in, or growing out of the same transactions involved in a case already pending in the Second Judicial District Court, State of Nevada, captioned *Kumaran vs. Koppelman, et al.*, Civil Action No. CV14-01340.

This 26th day of August, 2014.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

/s/ John M. Tatum
John M. Tatum
Georgia Bar Number 699000
Rachel Young Fields
Georgia Bar Number 747407
Carson B. Penney
Georgia Bar Number 231877

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: jtatum@huntermaclean.com
Email: rfields@huntermaclean.com
Email: cpenney@huntermaclean.com

Attorneys for Defendants Koppelman, Giamichael, Paterson, Shapiro and Medient Studios, Inc.