UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CV414-186 <br> Civil Action No. _____ |

### STATEMENT ENUMERATING MOTIONS PENDING IN CASE WITHIN SUPERIOR COURT AT TIME OF REMOVAL

NOW COME DEFENDANTS Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc. a/k/a Medient Studios India PVT Ltd, the removing parties in the above-captioned action, and pursuant to the Court's recent Notice To All Counsel of Record hereby states that <u>no</u> <u>motions</u> were pending in the case within the Superior Court of Effingham County at the time of removal to the United States District Court for the Southern District of Georgia, Savannah Division.

This 26th day of August, 2014.

           HUNTER, MACLEAN, EXLEY & DUNN, P.C.

           /s/ John M. Tatum
           John M. Tatum
           Georgia Bar Number 699000
           Rachel Young Fields
200 E. Saint Julian Street   Georgia Bar Number 747407
Post Office Box 9848     Carson B. Penney
Savannah, GA 31412-0048   Georgia Bar Number 231877
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: jtatum@huntermaclean.com Attorneys for Defendants Koppelman,
Email: rfields@huntermaclean.com Giamichael, Paterson, Shapiro and Medient
Email: cpenney@huntermaclean.com Studios, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **STATEMENT ENUMERATING MOTIONS PENDING IN CASE WITHIN SUPERIOR COURT AT TIME OF REMOVAL** upon all parties to this matter by hand delivering a true copy of same to the following:

Ashleigh Madison
Southeast Law, LLC
42 Barnard Street
Savannah, Georgia 31401

Joseph Y. Rahimi, II
Robert C. Hughes, III
Brannen Searcy & Smith
22 E. 34th Street
Savannah, Georgia 31401

1007703-1

This 26th day of August, 2014.

          HUNTER, MACLEAN, EXLEY & DUNN, P.C.

          /s/ John M. Tatum
          John M. Tatum
          Georgia Bar Number 699000
          Rachel Young Fields
200 E. Saint Julian Street    Georgia Bar Number 747407
Post Office Box 9848        Carson B. Penney
Savannah, GA 31412-0048   Georgia Bar Number 231877
Telephone: (912) 236-0261
Facsimile: (912) 236-4936    Attorneys for Defendants Koppelman,
Email: jtatum@huntermaclean.com   Giamichael, Paterson, Shapiro and Medient
Email: rfields@huntermaclean.com   Studios, Inc.
Email: cpenney@huntermaclean.com

1007703-1