IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 4:14-cv-00186-BAE-GRS |

## AMENDED CERTIFICATE OF SERVICE

The Certificate of Service attached to the following documents:

- Notice of Removal

- Notice to Attorney of Removal

- Corporate Disclosure Statement

- Consent for Removal to the United States District Court

- Certificate of Counsel Refiled or Related Cases

- Statement Enumerating Motions Pending in Case within Superior Court at Time of Removal

- Certification of Notification to Superior Court of Effingham County

in the above referenced action inadvertently stated that service was completed upon Ashleigh Madison, Southeast Law, LLC, by hand delivery to, 42 Barnard Street, Savannah, Georgia

1008017-1

31401.  We are filing this Amended Certificate of Service stating that service will be perfected on Ashleigh Madison at the following address:

Ashleigh Madison
Southeastern Law, LLC
426 Barnard Street
Savannah, Georgia 31404

This 27th day of August, 2014.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

/s/ John M. Tatum
John M. Tatum
Georgia Bar Number 699000
Rachel Young Fields
Georgia Bar Number 747407
Carson B. Penney
Georgia Bar Number 231877

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: jtatum@huntermaclean.com
Email: rfields@huntermaclean.com
Email: cpenney@huntermaclean.com

Attorneys for Defendants Koppelman, Giamichael, Paterson, Shapiro and Medient Studios, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No.: 4:14-cv-00186-BAE-GRS ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **AMENDED CERTIFICATE OF SERVICE** upon all parties to this matter by hand delivering a true copy of same to the following:

| | |
|---|---|
| Ashleigh Madison <br> Southeast Law, LLC <br> 426 Barnard Street <br> Savannah, Georgia  31401 | Joseph Y. Rahimi, II <br> Robert C. Hughes, III <br> Brannen Searcy & Smith <br> 22 E. 34th Street <br> Savannah, Georgia 31401 |

This 27th day of August, 2014.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

/s/ John M. Tatum
John M. Tatum
Georgia Bar Number 699000

Attorneys for Defendants Koppelman, Giamichael, Paterson, Shapiro and Medient Studios, Inc.

1008017-1