# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants. | Civil Action No: 4:14-cv-00186-BAE-GRS |

## LOCAL RULE 6.1 CONSENT ORDER EXTENDING
## TIME TO FILE ANSWERS TO COMPLAINT

It appearing that the above-captioned action was removed to this Court by Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro, and Medient Studios, Inc. a/k/a Medient Studios India Pvt Ltd ("these Defendants") on August 26, 2014, making the Answer of these Defendants due seven (7) days after removal on September 2, 2014, per Fed.R.Civ.P. 81, and it appearing that the time to answer has not expired, and the parties having consented to a clerk's extension of time for these Defendants to answer or otherwise plead in response to Plaintiff's Complaint,

Pursuant to Local Rule 6.1 of the United States District Court for the Southern District of Georgia, these Defendants shall have an extended period to answer, plead or otherwise defend or make motions to the Plaintiff's Complaint, through and including September 16, 2014.

SO ORDERED this _____ day of August, 2014.

_____
Clerk, United States District Court
For the Southern District of Georgia

1007993-1

Requested and Consented to this 27th day of August, 2014.

FOR DEFENDANTS KOPPELMAN, GIAMICHAEL, PATERSON, SHAPIRO and MEDIENT STUDIOS, INC.:

Hunter, Maclean, Exley & Dunn, P.C.

By: /s/ Rachel Young Fields
      Rachel Young Fields
      Georgia Bar No. 747407
      P.O. Box 9848
      Savannah, Georgia  31412
      rfields@huntermaclean.com
      Attorneys for Defendants Koppelman, Giamichael, Paterson, Shapiro and Medient Studios, Inc.

FOR PLAINTIFF O'HEARN, Individually and on Behalf of MEDIENT STUDIOS, INC.:

Southeast Law, LLC

By: /s/ Ashleigh R. Madison
      Ashleigh R. Madison
      Georgia Bar No. 346027
      426 Barnard Street
      Savannah, GA  31401
      southeastlaw@gmail.com
      Attorneys for Plaintiff