IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA PVT LTD, <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.:  CV414-186 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER EXTENDING TIME WITHIN WHICH TO RESPOND

Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc. filed a Motion to Dismiss on September 16, 2014.  Unless otherwise extended, the Plaintiff's Response Brief is due to be filed on or before October 3, 2014.

Pursuant to Fed.R.Civ.P. 6(b)(1)(A) of this Court, Plaintiff is hereby granted an extension of time of twenty one (21) days within which to file its Response Brief.  Said Response Brief is now due on or before October 24, 2014.

SO ORDERED, this _30th_ day of _September_ 2014.

_____
Magistrate Judge, U.S. District Court for the
Southern District of Georgia

Order prepared by
Ashleigh R. Madison
Southeast Law, LLC
426 Barnard Street
Savannah, GA 31401
(912) 662-6612