IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No.: 4:14-cv-00186-BAE-GRS |
| CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS,INC. a/k/a MEDIENT STUDIOS INDIA PVT, LTD., | * * * * * * * | |
| Defendants. | * | |

**DEFENDANTS CHARLES KOPPELMAN, JOSEPH GIAMICHAEL,
DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO AND MEDIENT
STUDIOS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR
<u>LEAVE TO FILE AMENDED COMPLAINT</u>**

Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc. have no objection to Plaintiff's Motion for Leave to Amend Complaint including the dismissal of the claim based on Section 14(a) of the Exchange Act.

1

This 13th day of October, 2014.

              HUNTER, MACLEAN, EXLEY & DUNN, P.C.

              s/John M. Tatum
              John M. Tatum
Post Office Box 9848       Georgia State Bar Number 699000
Savannah, Georgia   31401     Rachel Young Fields
Telephone: (912) 236-0261     Georgia State Bar Number 747407
Facsimile:  (912) 236-4936     Carson Bacon Penney
jtatum@huntermaclean.com     Georgia State Bar Number 231877
rfields@huntermaclean.com     *Attorneys for Defendants Koppelman, Giamichael,*
cpenney@huntermaclean.com    *Paterson, Shapiro and Medient Studios, Inc.*

## CERTIFICATE OF SERVICE

I, John M. Tatum, hereby certify that on October 13, 2014, I have electronically filed **Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc.'s Response to Plaintiff's Motion for Leave to File Amended Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Ashleigh Madison
>Southeast Law, LLC
>426 Barnard Street
>Savannah, Georgia   31401

>HUNTER, MACLEAN, EXLEY & DUNN, P.C.


>    *s/*John M. Tatum
>John M. Tatum
>Georgia State Bar Number 699000
>*Attorney for Defendants Koppelman, Giamichael,*
>*Paterson, Shapiro and Medient Studios, Inc.*

Post Office Box 9848
Savannah, Georgia   31412
(912) 236-0261
Email:  jtatum@huntermaclean.com