IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No.: 4:14-cv-00186-BAE-GRS |
| CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN and MEDIENT STUDIOS,INC. a/k/a MEDIENT STUDIOS INDIA PVT, LTD., | * * * * * * * | |
| Defendants. | * | |

**DEFENDANTS CHARLES KOPPELMAN, JOSEPH GIAMICHAEL,
DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO AND MEDIENT
STUDIOS, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc. have no objection to Plaintiff's Motion to Remand.

This 13th day of October, 2014.

**[Signature Block on Following Page]**

1

HUNTER, MACLEAN, EXLEY & DUNN, P.C.


|                                   | s/John M. Tatum                                    |
|                                   | John M. Tatum                                      |
| Post Office Box 9848              | Georgia State Bar Number 699000                    |
| Savannah, Georgia   31401         | Rachel Young Fields                                |
| Telephone: (912) 236-0261         | Georgia State Bar Number 747407                    |
| Facsimile:  (912) 236-4936        | Carson Bacon Penney                                |
| jtatum@huntermaclean.com          | Georgia State Bar Number 231877                    |
| rfields@huntermaclean.com         | *Attorneys for Defendants Koppelman, Giamichael,*  |
| cpenney@huntermaclean.com         | *Paterson, Shapiro and Medient Studios, Inc.*      |

**CERTIFICATE OF SERVICE**

I, John M. Tatum, hereby certify that on October 13, 2014, I have electronically filed **Defendants Charles Koppelman, Joseph Giamichael, David Paterson, Joel Shapiro a/k/a Jake Shapiro and Medient Studios, Inc.'s Response to Plaintiff's Motion to Remand** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Ashleigh Madison
>Southeast Law, LLC
>426 Barnard Street
>Savannah, Georgia   31401

>HUNTER, MACLEAN, EXLEY & DUNN, P.C.


>    *s/*John M. Tatum
>John M. Tatum
>Georgia State Bar Number 699000
>*Attorney for Defendants Koppelman, Giamichael,*
>*Paterson, Shapiro and Medient Studios, Inc.*

Post Office Box 9848
Savannah, Georgia   31412
(912) 236-0261
Email:   jtatum@huntermaclean.com