UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JUNE O'HEARN, Individually and Derivatively on Behalf of MEDIENT STUDIOS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:14-cv-186 |
| CHARLES KOPPELMAN, JOSEPH GIAMICHAEL, DAVID PATERSON, JOEL SHAPIRO a/k/a JAKE SHAPIRO, MANU KUMARAN AND MEDIENT STUDIOS, INC. a/k/a MEDIENT STUDIOS INDIA, PVT, LTD. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants filed a Motion to Dismiss, ECF No. 14, and in response the Plaintiff moved the Court for leave to amend her complaint, ECF No. 16. Plaintiff has also moved to remand this case to state court. ECF No. 17. Because Plaintiff's amended complaint removes any basis for federal jurisdiction, remand is appropriate. In addition, Defendants have no objections either to permitting Plaintiff to amend her complaint or to her request for remand, ECF Nos. 20, 21.

Therefore, Plaintiff's Motion to Amend the Complaint is *GRANTED*. Because her amended complaint contains no basis for federal jurisdiction, Plaintiff's Motion to Remand is also *GRANTED*. Defendants' Motion to Dismiss is *DENIED* as moot.

The Clerk is *DIRECTED* to close this case.

The 15 day of October 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA