AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

June O'Hearn
Individually and Derivatively on Behalf of Medient Studios,
Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-186

Charles Koppelman et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 15, 2014, this case is remanded to the Superior Court of Effingham County. This action stands closed.

| October 15, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03